UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RALPH WAYNE BOOZER AND § | | |
| KATHERINE BOOZER § | | |
| § | | |
| vs. § | | CASE NO. 2:09-CV-243-TJW-CE |
| § | | |
| DEERE & COMPANY, ET AL. § | | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 12), which contains his recommendation that the court deny the defendant's motion to dismiss (Dkt. No. 11), and instead recommends treating it as a motion for a more definite statement, has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the court orders the plaintiffs to file an amended complaint, within seven days of this order, that clearly alleges their causes of action, this court's subject matter jurisdiction, and facts demonstrating that this district is a proper venue.

SIGNED this 29th day of March, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE